RECEIVED
IN LAKE CHARLES, LA.

JUN 17 2016

TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROBERT ANDREW FABER** | * | **CIVIL ACTION NO. 2:15-cv-2382** |
| B.O.P. # 86204-004 | * | |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **REBECCA CLAY** | * | **MAGISTRATE JUDGE KAY** |

*************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 17) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 19), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Faber's complaint is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

Lake Charles, Louisiana, this 16 day of June, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE